No. 10-1150. Mayo Collaborative Services, dba Mayo Medical Laboratories, et al., Petitioners v. Prometheus Laboratories, Inc.

564 U.S. 1018, 131 S. Ct. 3027, 180 L. Ed. 2d 844, 2011 U.S. LEXIS 4764.

June 20, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Federal Circuit granted.

Same case below, 628 F.3d 1347.

No. 09-10868. Anthony Harris, Petitioner v. United States.

564 U.S. 1018, 131 S. Ct. 3018, 180 L. Ed. 2d 844, 2011 U.S. LEXIS 4634.

June 20, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

Same case below, 586 F.3d 1283.

No. 10-109. Anthony Dismuke, Petitioner v. United States.

564 U.S. 1018, 131 S. Ct. 3018, 180 L. Ed. 2d 844, 2011 U.S. LEXIS 4607.

June 20, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Seventh Circuit denied.

Same case below, 593 F.3d 582.

No. 10-314. Devin Welch, Petitioner v. United States.

564 U.S. 1018, 131 S. Ct. 3019, 180 L. Ed. 2d 844, 2011 U.S. LEXIS 4700.

June 20, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Seventh Circuit denied.

Same case below, 604 F.3d 408.

No. 10-426. Applera Corp., et al., Petitioners v. Enzo Biochem, Inc., et al.

564 U.S. 1018, 131 S. Ct. 3020, 180 L. Ed. 2d 844, 2011 U.S. LEXIS 4713.

June 20, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Federal Circuit denied.

Same case below, 599 F.3d 1325.

No. 10-535. RH Capital Associates LLC, et al., Petitioners v. Mayer Brown LLP, et al.

564 U.S. 1018, 131 S. Ct. 3021, 180 L. Ed. 2d 844, 2011 U.S. LEXIS 4674.

June 20, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Second Circuit denied.

Same case below, 603 F.3d 144.

No. 10-717. Miccosukee Tribe of Indians of Florida, Petitioner v. Kraus-Anderson Construction Company.

564 U.S. 1018, 131 S. Ct. 3022, 180 L. Ed. 2d 844, 2011 U.S. LEXIS 4748.

June 20, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

Same case below, 607 F.3d 1268.